IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Aproplast, S.A., | ) | |
| | ) | C.A. No. 4:10-cv-00899-JMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| E-Z Products, LLC | ) | |
| | ) | |
| Defendant, | ) | |

On October 11, 2011, this court issued an order allowing Attorney James Cox to withdraw as counsel for Defendant EZ Products, LLC ("Defendant") upon counsel's representation that Defendant had notified him of its intention to associate new counsel. The court further ordered Defendant to obtain new counsel and provided that such new counsel must make an appearance in this case within thirty (30) days of the court's order. As of December 5, 2011, no counsel has made an appearance on behalf of Defendant.

Corporations, partnerships, unincorporated associations, or estates may not appear *pro se* in federal court. *See, e.g., First Hartford Corporation Pension Plan and Trust*, 194 F.3d 1279, 1290 (Fed. Cir. 1999) (*pro se* actions by non-attorneys on behalf of corporations "fail for lack of standing"); and *Pridgen v. Andresen*, 113 F.3d 391, 392-93 (2nd Cir. 1997) (*pro se* litigant may not represent corporation, estate, partnership, or "his or her minor child"), where the court noted that such limits on pro se representation "serve the interests of the represented party as well as the interests of adversaries and the court." *See also Batac Development Corp. v. B&R Consultants, Inc.,* No. 98 Civ. 721(CSH), 2000

1

U.S.Dist. LEXIS 3695, 2000 WL 307400 (S.D.N.Y., March 23, 2000).

**Hence, it is necessary for EZ Products, LLC, to be represented by counsel admitted to practice in this Court in order to participate in the litigation of this case**. The Clerk of Court shall send a copy of this order by Certified Mail™ to the Registered Agent for EZ Products, LLC. According to information on the South Carolina Secretary of State Database on the LEXIS® service, the Registered Agent is "Phillip McElveen," whose address is 901 W. Greene Street, Cheraw, South Carolina 29520."

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

Greenville, South Carolina
December 5, 2011